Theodore O. Creason
tedc@cmd-law.com
CREASON, MOORE, DOKKEN & GEIDL, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID  83501
Telephone:  (208) 743-1516
Facsimile:  (208) 746-2231
Attorneys for Plaintiff
ISB # 1563

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICOLE L. (PIPER) CADY,<br><br>             Plaintiff,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, an insurance company admitted in Idaho to underwrite life insurance,<br><br>             Defendant. | Case No. CV 10-276-C-EJL<br><br>**MOTION FOR ORDER FOR CONTEMPT OF COURT AGAINST WAL-MART STORES, INC. AND ENFORCEMENT OF SUBPOENA DUCES TECUM** |

COMES NOW the plaintiff, Nicole L. (Piper) Cady, by and through her

attorney of record, Theodore O. Creason of Creason, Moore, Dokken & Geidl,

MOTION FOR ORDER-FOR CONTEMPT OF COURT AGAINST WAL-MART STORES, INC. AND ENFORCEMENT OF SUBPOENA DUCES TECUM  1
toc/cady_nicole/pleadings/contempt/contempt_motion

Creason, Moore, Dokken & Geidl, PLLC
P.O. Drawer 835, Lewiston  ID 83501
(208)743-1516; Fax(208)746-2231

PLLC, and hereby moves this Honorable Court pursuant Federal Rule of Civil Procedure 45(e) for an Order to hold Wal-Mart Stores, Inc. in contempt for failure to comply with this Court's subpoena issued November 4, 2010.

In support of the motion plaintiff files herewith the Affidavit of Theodore O. Creason.

DATED this 17th day of December, 2010.

CREASON, MOORE, DOKKEN & GEIDL, PLLC

_____
Theodore O. Creason
Attorneys for Plaintiff
Nicole L. (Piper) Cady

MOTION FOR ORDER-FOR CONTEMPT OF COURT AGAINST WAL-MART STORES, INC. AND ENFORCEMENT OF SUBPOENA DUCES TECUM   2
toc/cady_nicole/pleadings/contempt/contempt_motion

Creason, Moore, Dokken & Geidl, PLLC
P.O. Drawer 835, Lewiston  ID  83501
(208)743-1516; Fax(208)746-2231

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th of December, 2010, I electronically filed the foregoing Motion for Order for Contempt of Court Against Wal-Mart Stores, Inc. and Enforcement of Subpoena Duces Tecum with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Steven D. Robinson
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA   98101-3028

I Hereby Certify that on December 17, 2010, a copy of the Motion for Order for Contempt of Court Against Wal-Mart Stores, Inc. and Enforcement of Subpoena Duces Tecum which was filed in this matter, was mailed, with first class postage prepaid, to the following:

Marshall S. Ney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
5414 Pinnacle Point Drive, Suite 500
Rogers, AR   72758-8131

Theodore O. Creason

**MOTION FOR ORDER-FOR CONTEMPT OF COURT AGAINST WAL-MART STORES, INC. AND ENFORCEMENT OF SUBPOENA DUCES TECUM   3**
*toc/cady_nicole/pleadings/contempt/contempt_motion*

Creason, Moore, Dokken & Geidl, PLLC
P.O. Drawer 835, Lewiston   ID 83501
(208)743-1516; Fax(208)746-2231